IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RODERICK JACKSON**                                              **PLAINTIFF**

**VS.**
                         **CASE NO. 5:21-cv-05066-TLB**

**WAL-MART INC**                                                 **DEFENDANT**

## MOTION TO DISMISS

Plaintiff Roderick Jackson ("Plaintiff") has filed complaints against Defendant Walmart Inc. ("Walmart") for causes of action allegedly arising from activities that occurred in a Walmart store in Omaha, Nebraska. Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Walmart now moves to dismiss both of Plaintiff's complaints on the ground that Plaintiff has failed to effect service on Walmart. In support of its request, Walmart relies on the arguments and authorities in the accompanying brief.

This 27th day of July, 2021.

                                    Respectfully submitted,

                                    MITCHELL, WILLIAMS, SELIG,
                                    GATES & WOODYARD, P.L.L.C.
                                    Karen P. Freeman, Ark Bar No. 2009094
                                    Colt D. Galloway, Ark Bar No. 2016212
                                    4206 South J.B. Hunt Drive, Suite 200
                                    Rogers, AR 72758
                                    (479) 464-5658  Phone
                                    (479) 464-5680  Fax
                                    kfreeman@mwlaw.com
                                    cgalloway@mwlaw.com

                                    *Attorneys for Defendant*